UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

BRETT SVATORA

Case No. 14-30028
Chapter 13
Hon. OPPERMAN

Debtor(s).

_____/

## STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY

The above named Debtor(s) by and through counsel, and Creditor, Lake Trust Credit Union, by and through its counsel, BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C., having acknowledged the perfected security interest of Creditor in the following collateral:

*COLLATERAL: 2009 Ford Escape*

*OUTSTANDING BALANCE:*     *$10,848.58*

*MARKET VALUE:*     *$9,000.00*

(1) there is no equity in said secured property which would benefit the estate of the above named Debtor(s); to the knowledge of Creditor, there are no other parties asserting an interest in the above described property;

(2) **the automatic stay now in effect against Creditor is hereby terminated allowing Creditor to reclaim and liquidate the above listed collateral;**

(3) that Creditor shall turn over any funds received from the sale of said secured property which exceeds the balance, plus interest, costs of sale and attorney fees, to the Trustee appointed to the estate; or in the alternative, Creditor shall be allowed to file an unsecured Proof of Claim for any remaining balance to be paid pro rata with unsecured creditors.

_____
JAMES A. GRAHAM (P60632)
Attorney for Creditor
24525 Harper Avenue
St. Clair Shores, MI 48080
(586) 777-0770
jgraham@butler-butler.com

_____
THOMAS HENSEL, JR. (P60469)
Attorney for Debtor
36250 Dequindre Rd.
Suite 410
Sterling Heights, MI 48310
(586) 939-4800
tom@hensellawoffice.com

_____
CARL BEKOFSKE (P10645)
Chapter 13 Trustee
400 N. Saginaw St., Ste 331
Flint, MI 48502
(810) 238-4675
carl@flint13.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: BRETT SVATORA,

Debtor

_____/

Case No.14-30028-DOF
Chapter 13
Hon. DANIEL S. OPPERMAN

## ORDER FOR RELIEF FROM THE AUTOMATIC STAY

IT IS HEREBY ORDERED that the stay of proceedings now in effect against the Creditor, LAKE TRUST CREDIT UNION, shall be and the same is hereby terminated allowing Creditor to reclaim and liquidate the:

*COLLATERAL:*            *2009 FORD ESCAPE VIN# 1FMCU03779KD06300*

*OUTSTANDING BALANCE:*    *$10,848.58*

*MARKET VALUE:*         *$9,000.00*

IT IS FURTHER ORDERED that the Creditor shall turn over any funds received from the sale of said secured property which exceeds the balance, plus interest, costs of sale and attorney fees, to the Trustee appointed to the estate; or in the alternative, Creditor shall be allowed to file an unsecured Proof of Claim for any remaining balance to be paid pro rata with unsecured creditors.

EXHIBIT A