UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:   BRETT SVATORA,                              Case No.14-30028-DOF
                                                     Chapter 13
         Debtor                                      Hon. DANIEL S. OPPERMAN
_____/

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

IT IS HEREBY ORDERED that the stay of proceedings now in effect against the Creditor, LAKE TRUST CREDIT UNION, shall be and the same is hereby terminated allowing Creditor to reclaim and liquidate the:

*COLLATERAL:*           *2009 FORD ESCAPE VIN# 1FMCU03779KD06300*

*OUTSTANDING BALANCE:*  *$10,848.58*

*MARKET VALUE:*         *$9,000.00*

IT IS FURTHER ORDERED that the Creditor shall turn over any funds received from the sale of said secured property which exceeds the balance, plus interest, costs of sale and attorney fees, to the Trustee appointed to the estate; or in the alternative, Creditor shall be allowed to file an unsecured Proof of Claim for any remaining balance to be paid pro rata with unsecured creditors.

**Signed on February 11, 2014**

                                      **/s/ Daniel S. Opperman**
                                      **Daniel S. Opperman**
                                      **United States Bankruptcy Judge**