UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION at FLINT

In re: Brett Svatora

Case No. 14-30028-DOF
Chapter 13
Hon. Daniel S. Opperman

Debtor(s).
_____/

**TRUSTEE'S NOTICE PURSUANT TO LBR 3001-2**

    Let all interested parties take notice that the Trustee was served with notice by English Gardens Condominium Association, a creditor with a filed §1322(b)(5) or (b)(7) proof of claim, of a change in the periodic payments due to this creditor.

Pursuant to Eastern District of Michigan Local Bankruptcy Rule 3001-2 the Chapter 13 Trustee gives the following notice:

The current plan payment will adequately fund the plan if increased by $0.00.

Dated: February 27, 2015     /s/ Carl Bekofske
                                           Carl L. Bekofske Standing Chapter 13 Trustee
                                           400 N. Saginaw St. Ste 331
                                           Flint, MI 48502
                                           (810) 238-4675
                                           ecf@flint13.com
                                           P-10645

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION at FLINT

In re: Brett Svatora

Case No. 14-30028-DOF
Chapter 13
Hon. Daniel S. Opperman

Debtor(s).
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on 2/27/2015 I electronically filed the Chapter 13 Trustee's Notice pursuant to LBR 3001 - 2(c) with the Clerk of the Court using the ECF system.

/s/ STEVE ROBINSON
400 N. Saginaw St. Ste 331
Flint, MI 48502
(810) 238-4675
ECF@flint13.com