UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (FLINT)

In Re:                                         Case No. 14-30028-DOF
                                                Chapter 13 Case
BRETT SVATORA                         Hon. Daniel S. Opperman

                Debtor.

_____

### ORDER GRANTING ENGLISH GARDENS CONDOMINIUM ASSOCIATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3)

      This matter having come before the Court on English Gardens Condominium Association's (the "Association") Motion for Relief from the Automatic Stay and Entry of Order Waiving the Provision of FRBP 4001(A)(3), (the "Motion") and the Court being otherwise fully advised in the premises:

      IT IS ORDERED, that the Motion is granted to allow partial relief from the Automatic Stay. The Association may move forward with a State Circuit Court action to enjoin Debtor from violating the Condominium Documents for English Gardens Condominium.

      IT IS FURTHER ORDERED that the Association may seek an award of attorneys' fees and costs from the State Circuit Court relating to the Association's action to enjoin Debtor from violating the Condominium Documents for English Gardens Condominium; provided, however, that the Association may not move forward with collecting any such award of fees or costs without first obtaining permission from this United States Bankruptcy Court.

      IT IS FUTHER ORDERED that the Trustee shall continue to make payments on the Association's claim as approved by the July 25, 2014 Order Approving Plan (docket #41).

      IT IS FURTHER ORDERED that this Order shall be effective immediately.

.

Signed on August 19, 2015

                                             /s/ Daniel S. Opperman
                                             Daniel S. Opperman
                                             United States Bankruptcy Judge