UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN THE MATTER OF:

BRETT SVATORA,

    Debtor.

648 Olde English Circle
Howell, MI 48855
XXX-XX-5043

Case No. 14-30028-DOF
Honorable DANIEL S. OPPERMAN
Chapter 13

_____/

## STIPULATION ADJOURNING HEARING ON CREDIT ACCEPTANCE CORPORATION MOTION TO RELIEF FROM THE AUTOMATIC STAY

NOW COMES Creditor, Credit Acceptance Corporation, and Debtor, Brett Svatora, Debtor, and through their respective counsel's agreement on Credit Acceptance Corporation Motion for Relief from the Automatic Stay (the "Motion"), hereby stipulate and agree that the hearing on Creditor's Motion scheduled on November 18, 2015, at 9:30 a.m. shall be reset to December 16, 2015, at 9:30 a.m.

**STIPULATED TO:**

| HENSEL LAW OFFICE, PLLC | KILPATRICK & ASSOCIATES, P.C. |
|---|---|
| /s/ Thomas Hensel, Jr. (with consent) | /s/ |
| THOMAS HENSEL, JR., ESQ. (P_____) | LEONORA K. BAUGHMAN, ESQ.(P33534) |
| Attorney for Debtor | KRISTY A. STEFFANI, ESQ. (P77020) |
| 36250 Dequindre Road | SHAKEENA G. MELBOUNE, ESQ. |
| Suite 410 | (P75958) |
| Sterling Heights, MI 48310 | Attorneys for Creditor, Credit Acceptance |
| 586-939-4800 | Corporation |
| tom@hensellawoffice.com | 903 North Opdyke Road, Suite C |
| | Auburn Hills, MI 48326 |
| | (248) 377-0700 |
| | ecf@kaalaw.com |

Dated: November 17, 2015

Account No.: «MAT_last_four»
14-30028-dof    Doc 66    Filed 11/18/15    Entered 11/18/15 11:50:33    Page 1 of 1