**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

**IN THE MATTER OF:**

BRETT SVATORA,

Case No. 14-30028-DOF
Honorable DANIEL S. OPPERMAN
Chapter 13

       Debtor.

648 Olde English Circle
Howell, MI 48855
XXX-XX-5043
_____/

## ORDER ADJOURNING HEARING ON CREDIT ACCEPTANCE CORPORATION MOTION FOR RELIEF FROM THE AUTOMATIC STAY

      Upon review of the Stipulation Adjourning Hearing On Credit Acceptance Corporation from the

Automatic Stay (the "Motion"), between Creditor, Credit Acceptance Corporation, and Debtor Brett

Svatora; and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the hearing on Creditor's Motion scheduled on November 18, 2015, at

9:30 a.m. shall be reset to December 16, 2015, at 9:30 a.m.

            .

`Signed on November 18, 2015`

               `/s/ Daniel S. Opperman`
                `Daniel S. Opperman`
                `United States Bankruptcy Judge`