UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In Re:                                                    Case No. 14-30028-DOF
                                                                           Hon. OPPERMAN

BRETT SVATORA

_____/

**ORDER ADJOURNING HEARING REGARDING PLAN MODIFICATION**

      IT IS HEREBY ORDERED that the Hearing Regarding Plan Modification for the above-referenced case, presently scheduled for JANUARY 12, 2016 is to be adjourned to FEBRUARY 16, 2016 at 9:00 a.m.

      IT IS HEREBY ORDERED that the Debtor shall provide copies of his 2013 & 2014 Federal Income tax returns and 3 recent paystubs to the Chapter 13 Trustee on or before FEBRUARY 2, 2016 or his Plan Modification will be denied upon Trustee Affidavit of Default & Order Denying Plan Modifications.

**Signed on January 21, 2016**
                                          **/s/ Daniel S. Opperman**
                                          **Daniel S. Opperman**
                                          **United States Bankruptcy Judge**