# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION-FLINT

In the matter of:                                        Chapter: 13
**Brett Svatora,**                                       CASE NO:  14-30028
                                                         Judge: Opperman

      **Debtor**

_____/

## ORDER DENYING DEBTOR'S PLAN MODIFICATION

The Debtor, Brett Svatora, filed a Plan Modification; this matter coming up for hearing February 16, 2016 and after reviewing file; the Debtor has failed to comply with the terms in the order adjourning Debtor's Plan Modification and by Affidavit of Default:

**IT IS HEREBY ORDERED** that the Debtor, Brett Svatora's Plan Modification is hereby denied.

Signed on February 08, 2016

                                  /s/ Daniel S. Opperman
                                     Daniel S. Opperman
                                     United States Bankruptcy Judge