UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:

                                  CHAPTER 13
                                  CASE NO: 14-30028
**Brett Svatora**                 JUDGE: Daniel S. Opperman

                **Debtor**
_____/

## ORDER TO ADJOURN HEARING ON THE CHAPTER 13 STANDING TRUSTEE'S OBJECTION TO THE DEBTOR'S NOTICE OF POST CONFIRMATION PLAN MODIFICATION

     IT IS HEREBY ORDERED that the Chapter 13 Trustee's Objection to Debtor's Notice of Post Confirmation Plan Modification shall be adjourned to **July 12, 2016 at 9:00 a.m.** to be held in the Courtroom of the United States Bankruptcy Court located at 226 W. 2nd Street, Flint MI 48502.

     IT IS FURTHER ORDERED that the Debtor shall provide to the following documents to the Chapter 13 Standing Trustee at 400 N. Saginaw Street, Ste. 331 Flint, MI 48502 on or before July 6, 2016.

     a) Complete copies of the 2013 and 2015 federal income tax returns
     b) File Amended Schedules I and J
     b) Three recent paystubs

     IT IS FURTHER ORDERED that should the Debtor fail to comply with any of the above terms or conditions the Trustee may file an Affidavit of Default and submit an Order of Denying the Debtor's Plan Modification with no further notice or hearing required.

Signed on June 22, 2016

                                                     /s/ Daniel S. Opperman
                                                     Daniel S. Opperman
                                                     United States Bankruptcy Judge