# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION-FLINT

IN RE:  CHAPTER 13
**Brett Svatora,**  CASE NO: 14-30028-DOF
 JUDGE: Daniel S. Opperman

        **Debtor**

_____/

## ORDER DISMISSING CHAPTER 13 CASE

This matter having come on for hearing before the Court with due notice having been provided, and after reviewing the Court's file and those representations made on the record, the Court finds it appropriate to enter this Order upon one of the following paragraphs so indicated:

____      A motion to dismiss case brought by the Chapter 13 Trustee, pursuant to 11 USC 1307(c),

____      A request for the voluntary dismissal of the case, made by debtor or counsel at hearing or by written request filed with the Court.

____      An oral motion to dismiss by the Chapter 13 Trustee and not opposed by the Debtor who was present personally or by counsel.

____      Upon the denial of confirmation of the debtor's Chapter 13 Plan by the Court and denial of further time by the Court to propose another Plan, the reasons having been stated on the record.

_X_      **For failure to comply with the terms and conditions set forth in the Order to Adjourn Hearing on the Chapter 13 Standing Trustee's Objection to the Debtor's Notice of Post Confirmation Plan Modification filed June 22, 2016 (docket entry #95).**

**IT IS HEREBY ORDERED** that the within case is dismissed and the automatic stays issued pursuant to 11 U.S.C.362 and 1301 are hereby terminated;
**IT IS FURTHER ORDERED** that the Clerk's Office shall immediately provide notice of the entry of this Order to all interested parties and the attorney for the debtor, if any,

**IT IS FURTHER ORDERED** that the Debtor's attorney shall be awarded fees by application. The Trustee shall reserve available funds on hand for 30 days pending the filing of a fee application. The Trustee shall pay the allowed sum, less any amount paid previously, after payment of Clerk's fees and Trustee fees, to the extent funds are available. Should a fee application not be filed within the 30 day period, the Trustee shall release the reserve on funds.

```
Signed on July 07, 2016
```

                                          `/s/ Daniel S. Opperman`
                                          `Daniel S. Opperman`
                                          `United States Bankruptcy Judge`