UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:  CHAPTER 13
Brett Svatora,  CASE NO: 14-30028
 JUDGE: Daniel S. Opperman

        **Debtor**

_____/

### ORDER TO SET ASIDE ORDER DISMISSING CASE

On the motion of Carl L. Bekofske, Chapter 13 Trustee, that the order dismissing case, docket #98 was inadvertently submitted to the Court, and the court being otherwise advised in the premises:.

**IT IS HEREBY ORDERED** that the Order Dismissing Case (docket #98) is SET ASIDE.

.

**Signed on July 07, 2016**

                                      **/s/ Daniel S. Opperman**
                                      **Daniel S. Opperman**
                                      **United States Bankruptcy Judge**