**In Re:**                                        **Chapter: 13**
**Brett Svatora,**                          **CASE NO: 14-30028-DOF**
                                                **Judge: Opperman**

        **Debtor**
_____/

## ORDER DENYING DEBTOR'S PLAN MODIFICATION

The Debtor, Brett Svatora, filed a Plan Modification; this matter coming up for hearing July 12, 2016 and after reviewing file; the Debtor has failed to comply with the terms in the order adjourning Debtor's Plan Modification and by Affidavit of Default:

**IT IS HEREBY ORDERED** that the Debtor, Brett Svatora's Plan Modification is hereby denied.

Signed on July 07, 2016

                                                   /s/ Daniel S. Opperman
                                                   Daniel S. Opperman
                                                   United States Bankruptcy Judge