# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - FLINT

**IN THE MATTER OF:**
BRETT SVATORA,   Case No. 14-30028-DOF
                 Honorable DANIEL S. OPPERMAN
Debtor.          Chapter 13

648 Olde English Circle
Howell, MI 48855
XXX-XX-5043
_____/

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY ON BEHALF OF CREDIT ACCEPTANCE CORPORATION AND WAIVING FED.R.BANKR.P. 4001(A)(3)

This matter having come before the Court on Credit Acceptance Corporation's ("Movant") Motion for Relief from the Automatic Stay, filed by and through counsel, KILPATRICK & ASSOCIATES, P.C.; notice and service having been properly effected; no objection to the Motion having been filed, or if filed same having been overruled or withdrawn; Movant, being the holder of a valid, perfected and unavoided security interest in a 2007 Ford Focus (VIN: 1FAHP354N87W217508) (Acct. No.: 4070) (the "Vehicle") to secure a claim in the amount of $7,104.31; the Vehicle having an approximate value of $5,100.00; no other party having an interest in the Vehicle; and the Court being otherwise fully advised in the premises**;**

**IT IS HEREBY ORDERED** that the automatic stay as provided by 11 U.S.C. § 362, is hereby vacated and terminated as it applies to the enforcement by Movant of any and all rights with respect to the Vehicle.

**IT IS FURTHER ORDERED** that the stay under Fed.R.Bankr.P. 4001(a)(3) does not apply to this Order.

**IT IS FURTHER ORDERED** that if upon final disposition of the Vehicle by Movant any funds remain after payments of any and all amounts which are due to Movant, such balance shall be paid to the Trustee for the benefit of the estate.

.

**Signed on July 15, 2016**

                              **/s/ Daniel S. Opperman**
                              **Daniel S. Opperman**
                              **United States Bankruptcy Judge**