# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:  Chapter 13
Brett Svatora  Case No.: 14-30028-DOF
  Judge: DANIEL S. OPPERMAN

_____Debtor(s)_____/

## NOTICE OF CHAPTER 13 STANDING TRUSTEE'S MOTION TO COMPEL DEBTOR(S) TO TURNOVER OF DOCUMENTS

The Chapter 13 Standing Trustee has filed papers with the Court requesting that the Debtor(s) be compelled to turnover of cop(y)(ies) of the **2015 & 2016** federal tax returns.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult one).

If you do not want the Court to grant this motion or if you want the Court to consider your views on the motion within 14 days you or your attorney must:

1. File with the Court a written response or an answer explaining your position at:

United States Bankruptcy Court
226 West Second Street
Flint, MI  48502

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:
Carl L. Bekofske
Standing Chapter 13 Trustee
400 N. Saginaw Street, Suite 331
Flint, MI  48502

2. If a response or answer is timely filed and served, the court will schedule a hearing on the matter and you will be notified as to the time and date of the hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion, and may enter an order granting that relief.

|  |  |
|---|---|
| Date: 12/18/2017 | /s/ Carl L. Bekofske |
|  | Carl L. Bekofske |
|  | Standing Chapter 13 Trustee |
|  | 400 N. SAGINAW ST. SUITE 331 |
|  | FLINT, MI 48502 |
|  | (810) 238-4675 |
|  | ECF@flint13.com |
|  | P-10645 |

---
[1] Response or answer must comply with F.R. Civ. P. 8(b), (c), and (e)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In Re:  Chapter 13
Brett Svatora  Case No.: 14-30028-DOF
  Judge: DANIEL S. OPPERMAN

      Debtor(s)    /

## CHAPTER 13 STANDING TRUSTEE'S MOTION TO COMPEL DEBTOR(S) TO TURNOVER DOCUMENTS

**NOW COMES** the Chapter 13 Standing Trustee, Carl L. Bekofske, who brings this motion to compel the Debtor(s) to turnover federal tax return(s) as follows:

1. The Trustee's office has made numerous requests for a copy/ies of the Debtor(s) **2015 & 2016** federal tax return(s).
2. The Trustee's office has not received a copy/ies of the Debtor(s) **2015 & 2016** federal tax return(s).
3. The Trustee requests that a copy/ies of the following documents be provided:
    a. Debtor(s) complete **2015 & 2016** federal tax return

**WHEREFORE**, the Chapter 13 Trustee requests that the **2015 & 2016** federal tax return(s) be turned over to the Trustee within fourteen (14) days of the entry of the accompanying order.

Date: 12/18/2017

/s/ Carl L. Bekofske
Carl L. Bekofske
Standing Chapter 13 Trustee
400 N. SAGINAW ST. SUITE 331
FLINT, MI  48502
(810) 238-4675

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  Chapter 13
Brett Svatora  Case No.: 14-30028-DOF
 Judge: DANIEL S. OPPERMAN

_____Debtor(s)_____/

## ORDER COMPELLING DEBTOR(S) TO TURNOVER DOCUMENTS

This matter came on for hearing upon a Motion filed by the Chapter 13 Standing Trustee pursuant to L.B.R. 9014-1 (E.D.M.), the Motion having been properly served and a Notice of the Motion having been provided in accordance with local bankruptcy rules, the requisite time for objections having passed, a response to the Motion was not timely served, and based upon the records of the Court herein, the Court determines that the Relief requested is warranted and the Court being otherwise sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that the following documents will be provided to the Trustee within fourteen (14) days of the entry of this order:
   a. Debtor(s) complete **2015 & 2016** federal tax return

**IT IS FURTHER ORDERED** that should the Debtor(s) fail to provide the Trustee with complete copies of the aforementioned federal tax return(s) then the Trustee may file an Affidavit of Default requesting that the Court schedule a Show Cause hearing compelling the appearance of the Debtor(s) and Debtor(s) counsel for failure to comply with this Order.

EXHIBIT "A"

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:  
Brett Svatora

Chapter 13  
Case No.: 14-30028-DOF  
Judge: DANIEL S. OPPERMAN

  Debtor(s)  /

## CERTIFICATE OF SERVICE

I hereby certify that on 12/18/2017, I electronically filed the Chapter 13 Standing Trustee's Motion to Compel Debtor(s) to Turnover Documents; Notice of Chapter 13 Standing Trustee's Motion to Compel Debtor(s) to Turnover Documents and proposed Order with the Clerk of the Court using ECF system; which will send notification to the following:

 DEBTOR HAS NO ATTORNEY, Attorney for Debtor at dlarsen@flint13.com

The following parties were served via First Class Mail at the address below by depositing same in a United States Postal Box with the lawful amount of posting affixed thereto:

    BRETT SVATORA  
    648 OLDE ENGLISH CIRCLE  
    HOWELL, MI  48855

/s/ Leo J. Foley Jr  
400 N. SAGINAW ST. SUITE 331  
FLINT, MI  48502  
(810) 238-4675  
ECF@flint13.com