UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:
Brett Svatora  CASE NO.: 14-30028-dof
 CHAPTER 13 PROCEEDINGS
 JUDGE DANIEL S. OPPERMAN

    Debtor.
_____/

### ORDER COMPELLING DEBTOR(S) TO TURN OVER DOCUMENTS

This matter having arisen upon the Motion filed by the Chapter 13 Standing Trustee pursuant to L.B.R. 9014-1 (E.D.M.), the Motion having been properly served and a Notice of the Motion having been provided in accordance with local bankruptcy rules, the requisite time for objections having passed, a response to the Motion was not timely served, and based upon the records of the Court herein, the Court determines that the Relief requested is warranted and the Court being otherwise sufficiently advised in the premises;

IT IS HEREBY ORDERED that the following documents will be provided to the Trustee within seven (7) days of the entry of this Order:

    a.  A complete copy of the Debtor's 2015 and 2016 Federal tax return.

IT IS FURTHER ORDERED that should the Debtor(s) fail to comply the Trustee may file an Affidavit of Default requesting that the Court schedule a Show Cause Hearing compelling the appearance of the Debtor(s) and Debtor(s) counsel for failure to comply with this Order.

**Signed on January 31, 2018**



/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge