
April 4, 2018

To whom it may concern:

    This letter is to inform you that as of March 26, 2018, Kristy Steffani (P77020) is no longer with the firm of Potestivo & Associates, P.C. All bankruptcy cases where Kristy Steffani has filed a Notice of Appearance will now be handled by Adam S. Berman (P68586) of Potestivo & Associates, P.C., 251 Diversion Street, Rochester, MI 48307. Please ensure all cases are appropriately transferred.

    Should you have any questions or concerns, please feel free to contact our office. Thank you for your attention to this matter.

Regards,

POTESTIVO & ASSOCIATES, P.C.

Rachelle Magolan
Bankruptcy Manager
Phone: (248) 853-4400 x 1112
Email: rmagolan@potestivolaw.com