**Fill in this information to identify the case:**

Debtor 1: Brett Svatora

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of Michigan

Case number: 14-30028

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Flagstar Bank, FSB

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 1 2 9 9

**Date of payment change:** Must be at least 21 days after date of this notice — 05/01/2018

**New total payment:** Principal, interest, and escrow, if any — $ 483.18

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 98.72   New escrow payment: $ 148.68

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%   New interest rate: _____%

   Current principal and interest payment: $ 334.50   New principal and interest payment: $ 334.50

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____   New mortgage payment: $ _____

| Debtor 1 | **Brett Svatora** | Case number *(if known)* 14-30028 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Adam Berman (P68586)
Signature

Date 04/09/2018

Print: Adam   Berman
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Potestivo & Associates, P. C.

Address: 251 Diversion St.
Number   Street

Rochester   MI   48307
City   State   ZIP Code

Contact phone (248)853-4400

Email aberman@potestivolaw.com

Representation of Printed Document




» ANNUAL ESCROW STATEMENT

Redacted

BRETT SVATORA
648 OLDE ENGLISH CIR
HOWELL MI 48855-7735

**Loan Number:** Redacted
**Property Address:** 648 Olde English Cir
**Escrow Analysis Date:** 03/19/2018
**New Payment:** $483.18
**New Payment Effective Date:** 05/01/2018


Pay by website:
flagstar.com/myloans


Customer service:
(800) 968-7700
Monday-Friday 7:30 a.m.-8 p.m., ET
Saturday 7:30 a.m.-4 p.m., ET

Dear Brett Svatora,

Each year Flagstar Bank reviews your escrow account to ensure the correct amounts are being collected to pay your property taxes and homeowner's insurance. In reviewing your escrow account, we found **you're on target.**

## Quick breakdown of your Escrow review

| | |
|---|---|
| Required Escrow Balance | $987.43 |
| Bankruptcy Claim | $234.52 |
| Current Escrow Balance* | $752.91 |
| **You're on target** | **$0.00** |

*Based on all payments and disbursements due being made prior to the new payment effective date.

For more escrow related information, please reference your Bankruptcy documents filed with the court.

## Review Your Payment

**Old Mortgage Payment**
| | |
|---|---|
| Principal & Interest | $334.50 |
| Escrow | $98.72 |
| **Monthly Mortgage Payment** | **$433.22** |

**New Mortgage Payment**
| | |
|---|---|
| Principal & Interest | $334.50 |
| Escrow | $148.68 |
| **New Monthly Mortgage Payment** | **$483.18** |

Your new monthly payment is effective May 01, 2018.

## How Your Escrow Payment Is Calculated

Your new monthly escrow payment is calculated by adding all of your disbursements then dividing this figure by 12 months, which equals $148.68.

| | | | |
|---|---|---|---|
| Mortgage Insurance | $273.48 | /12= | $22.79 |
| Taxes | $1,393.93 | /12= | $116.16 |
| Insurance | $116.73 | /12= | $9.73 |
| **Escrow Payment** | | | **$148.68** |

As allowed by the Real Estate Settlement Procedures Act (RESPA), your mortgage documents, or state law, the escrow balance should not go below two months' tax and insurance payments, which is a minimum balance of $251.78.

Your projected escrow balance in August is expected to be $17.26.

| | |
|---|---|
| Required Minimum Balance: | $251.78 |
| Bankruptcy Escrow Claim: | $234.52 |
| Projected Balance: | $17.26 |

Equal Housing Lender   Member FDIC

## Review Your Upcoming Escrow Account Activity (05/01/18 to 04/01/19)

The items below reflect the payments we expect to receive each month for your escrow account and the payments we expect to make on your behalf for your real estate taxes and/or insurance premiums.

| Month | Item Description | Payment to Escrow | Payment from Escrow | Expected Balance | Required Balance |
|---|---|---|---|---|---|
| | Beginning Balance | | | $752.91 | $987.43 |
| 05/18 | Mortgage Insurance | $148.68 | -$22.79 | $878.80 | $1,113.32 |
| 06/18 | Mortgage Insurance | $148.68 | -$22.79 | $1,004.69 | $1,239.21 |
| 07/18 | Mortgage Insurance | $148.68 | -$22.79 | $1,130.58 | $1,365.10 |
| 08/18 | Mortgage Insurance | $148.68 | -$22.79 | $1,256.47 | $1,490.99 |
| 08/18 | Taxes | $0.00 | -$1,122.48 | $133.99 | $368.51 |
| 08/18 | Insurance | $0.00 | -$116.73 | $17.26 | $251.78 |
| 09/18 | Mortgage Insurance | $148.68 | -$22.79 | $143.15 | $377.67 |
| 10/18 | Mortgage Insurance | $148.68 | -$22.79 | $269.04 | $503.56 |
| 11/18 | Mortgage Insurance | $148.68 | -$22.79 | $394.93 | $629.45 |
| 12/18 | Mortgage Insurance | $148.68 | -$22.79 | $520.82 | $755.34 |
| 12/18 | Taxes | $0.00 | -$271.45 | $249.37 | $483.89 |
| 01/19 | Mortgage Insurance | $148.68 | -$22.79 | $375.26 | $609.78 |
| 02/19 | Mortgage Insurance | $148.68 | -$22.79 | $501.15 | $735.67 |
| 03/19 | Mortgage Insurance | $148.68 | -$22.79 | $627.04 | $861.56 |
| 04/19 | Mortgage Insurance | $148.68 | -$22.79 | $752.93 | $987.45 |
| | Total | $1,784.16 | -$1,784.14 | | |

## Review Your Escrow Account History (07/01/15 to 04/30/18)

The items below reflect the expected activity last year and compare it with the actual payments received and disbursements made.

Last year, we anticipated that payments from your account would be made during this period equaling $1,184.58. Under federal law, your lowest monthly balance should not have exceeded $148.80 or two (2) months of anticipated payments from your escrow account, unless your mortgage documents or state law specifies a lower amount. Your actual lowest monthly balance was -$1,949.25.

| | | PROJECTED | | | ACTUAL | | |
|---|---|---|---|---|---|---|---|
| Month | Item Description | Payment to Escrow | Payment from Escrow | Escrow Running Balance | Payment to Escrow | Payment from Escrow | Escrow Running Balance |
| Beginning Balance | | | | $610.82 | | | -$852.86 |
| July | Mortgage Insurance | $98.72 | $24.32 | $685.22 | $314.43 | $0.00 | -$538.43 |
| July | Mortgage Insurance | $0.00 | $0.00 | $685.22 | $0.00 | $23.84 | -$562.27 |
| August | Mortgage Insurance | $98.72 | $24.32 | $759.62 | $209.62 | $0.00 | -$352.65 |
| August | Taxes | $0.00 | $494.58 | $265.04 | $0.00 | $491.32 | -$843.97 |
| August | Insurance | $0.00 | $116.24 | $148.80 | $0.00 | $0.00 | -$843.97 |
| August | Mortgage Insurance | $0.00 | $0.00 | $148.80 | $0.00 | $23.84 | -$867.81 |
| September | Mortgage Insurance | $98.72 | $24.32 | $223.20 | $0.00 | $0.00 | -$867.81 |
| September | Mortgage Insurance | $0.00 | $0.00 | $223.20 | $0.00 | $23.84 | -$891.65 |
| September | Insurance | $0.00 | $0.00 | $223.20 | $0.00 | $116.24 | -$1,007.89 |
| October | Mortgage Insurance | $98.72 | $24.32 | $297.60 | $209.62 | $0.00 | -$798.27 |
| October | Mortgage Insurance | $0.00 | $0.00 | $297.60 | $0.00 | $23.84 | -$822.11 |
| November | Mortgage Insurance | $98.72 | $24.32 | $372.00 | $104.81 | $0.00 | -$717.30 |
| November | Mortgage Insurance | $0.00 | $0.00 | $372.00 | $0.00 | $23.84 | -$741.14 |

| Month | Item Description | Payment to Escrow | Payment from Escrow | Escrow Running Balance | Payment to Escrow | Payment from Escrow | Escrow Running Balance |
|---|---|---|---|---|---|---|---|
| December | Mortgage Insurance | $98.72 | $24.32 | $446.40 | $209.62 | $0.00 | -$531.52 |
| December | Taxes | $0.00 | $281.92 | $164.48 | $0.00 | $269.74 | -$801.26 |
| December | Mortgage Insurance | $0.00 | $0.00 | $164.48 | $0.00 | $23.84 | -$825.10 |
| January | Mortgage Insurance | $98.72 | $24.32 | $238.88 | $104.81 | $0.00 | -$720.29 |
| January | Mortgage Insurance | $0.00 | $0.00 | $238.88 | $0.00 | $23.84 | -$744.13 |
| February | Mortgage Insurance | $98.72 | $24.32 | $313.28 | $98.72 | $0.00 | -$645.41 |
| February | Mortgage Insurance | $0.00 | $0.00 | $313.28 | $0.00 | $23.84 | -$669.25 |
| March | Mortgage Insurance | $98.72 | $24.32 | $387.68 | $98.72 | $0.00 | -$570.53 |
| March | Mortgage Insurance | $0.00 | $0.00 | $387.68 | $0.00 | $23.84 | -$594.37 |
| April | Mortgage Insurance | $98.72 | $24.32 | $462.08 | $197.44 | $0.00 | -$396.93 |
| April | Mortgage Insurance | $0.00 | $0.00 | $462.08 | $0.00 | $23.84 | -$420.77 |
| May | Mortgage Insurance | $98.72 | $24.32 | $536.48 | $98.72 | $0.00 | -$322.05 |
| May | Mortgage Insurance | $0.00 | $0.00 | $536.48 | $0.00 | $23.84 | -$345.89 |
| June | Mortgage Insurance | $98.72 | $24.32 | $610.88 | $98.72 | $23.84 | -$271.01 |
| July | Mortgage Insurance | $0.00 | $0.00 | $610.88 | $98.72 | $23.33 | -$195.62 |
| August | Mortgage Insurance | $0.00 | $0.00 | $610.88 | $98.72 | $23.33 | -$120.23 |
| August | Taxes | $0.00 | $0.00 | $610.88 | $0.00 | $1,117.12 | -$1,237.35 |
| September | Mortgage Insurance | $0.00 | $0.00 | $610.88 | $98.72 | $23.33 | -$1,161.96 |
| September | Insurance | $0.00 | $0.00 | $610.88 | $0.00 | $116.73 | -$1,278.69 |
| October | Mortgage Insurance | $0.00 | $0.00 | $610.88 | $197.44 | $23.33 | -$1,104.58 |
| November | Mortgage Insurance | $0.00 | $0.00 | $610.88 | $98.72 | $23.33 | -$1,029.19 |
| November | Taxes | $0.00 | $0.00 | $610.88 | $0.00 | $271.20 | -$1,300.39 |
| December | Mortgage Insurance | $0.00 | $0.00 | $610.88 | $98.72 | $23.33 | -$1,225.00 |
| January | Mortgage Insurance | $0.00 | $0.00 | $610.88 | $98.72 | $23.33 | -$1,149.61 |
| February | Mortgage Insurance | $0.00 | $0.00 | $610.88 | $98.72 | $23.33 | -$1,074.22 |
| March | Mortgage Insurance | $0.00 | $0.00 | $610.88 | $98.72 | $23.33 | -$998.83 |
| April | Mortgage Insurance | $0.00 | $0.00 | $610.88 | $98.72 | $23.33 | -$923.44 |
| May | Mortgage Insurance | $0.00 | $0.00 | $610.88 | $0.00 | $23.33 | -$946.77 |
| June | Mortgage Insurance | $0.00 | $0.00 | $610.88 | $98.72 | $23.33 | -$871.38 |
| July | Mortgage Insurance | $0.00 | $0.00 | $610.88 | $197.44 | $22.79 | -$696.73 |
| August | Mortgage Insurance | $0.00 | $0.00 | $610.88 | $98.72 | $22.79 | -$620.80 |
| August | Taxes | $0.00 | $0.00 | $610.88 | $0.00 | $1,122.48 | -$1,743.28 |
| September | Mortgage Insurance | $0.00 | $0.00 | $610.88 | $98.72 | $22.79 | -$1,667.35 |
| September | Insurance | $0.00 | $0.00 | $610.88 | $0.00 | $116.73 | -$1,784.08 |
| October | Mortgage Insurance | $0.00 | $0.00 | $610.88 | $0.00 | $22.79 | -$1,806.87 |
| November | Mortgage Insurance | $0.00 | $0.00 | $610.88 | $98.72 | $22.79 | -$1,730.94 |
| November | Mortgage Insurance | $0.00 | $0.00 | $610.88 | $0.00 | $22.79 | -$1,753.73 |

## Review Your Escrow Account History (07/01/15 to 04/30/18) Continued

| | PROJECTED | | | | ACTUAL | | |
|---|---|---|---|---|---|---|---|
| Month | Item Description | Payment to Escrow | Payment from Escrow | Escrow Running Balance | Payment to Escrow | Payment from Escrow | Escrow Running Balance |
| November | Mortgage Insurance | $0.00 | $0.00 | $610.88 | $0.00 | $22.79 | -$1,776.52 |
| December | Taxes | $0.00 | $0.00 | $610.88 | $98.72 | $271.45 | -$1,949.25 |
| February | Mortgage Insurance | $0.00 | $0.00 | $610.88 | $197.44 | $22.79 | -$1,774.60 |
| March | Mortgage Insurance | $0.00 @ | $0.00 @ | $610.88 | $2,474.37 | $22.79 | $676.98 |
| April | Mortgage Insurance | $0.00 @ | $0.00 @ | $610.88 | $98.72 | $22.79 | $752.91 |
| Total | | $1,184.64 | $1,184.58 | | $6,292.72 | $4,686.95 | |

The item indicated in red is the difference from a previous estimate either in date or the amount. An @ symbol indicates a scheduled payment to or from your escrow account which has not been made. Enclosed you will find a guide and answers to frequently asked questions to further assist you with understanding your escrow account and the terms in this statement.

If you have any questions, visit flagstar.com to chat directly with a support agent or call us at (800) 968-7700.

IN RE:

    Brett Svatora                             Case No.: 14-30028
                                                                  Judge: Daniel S. Opperman
                                                                   Chapter: 13

    Debtor,
_____/

## **PROOF OF SERVICE**

I, Jordan Tucker, state that on the 9th day of April 2018, I served a copy of the Notice of Payment Change and Proof of Service of same upon the below listed parties:

| | |
|---|---|
| Carl Bekofske | Brett Svatora |
| 400 N. Saginaw Street | 648 Olde English Circle |
| Suite 331 | Howell, MI 48855 |
| Flint, MI 48502 | |

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester, State of Michigan to Debtor and via CM-ECF electronic filing to the Chapter 13 Trustee.

                                                        ***/s/ Jordan Tucker***
                                                        Jordan Tucker
                                                        Employee of Potestivo & Associates, P.C.
                                                        251 Diversion St.
                                                        Rochester, MI 49307
                                                        (248)853-4400
                                                        jtucker@potestivolaw.com